### A14A0113. ZALDIVAR v. PRICKETT et al.
(786 SE2d 560)

BARNES, Presiding Judge.

In *Zaldivar v. Prickett*, 297 Ga. 589 (774 SE2d 688) (2015), the Supreme Court of Georgia reversed the judgment of this court in *Zaldivar v. Prickett*, 328 Ga. App. 359 (762 SE2d 166) (2014). Having received the remittitur from that court, we vacate our earlier decision and adopt the opinion of the Supreme Court as our own.

*Judgment reversed. Doyle, C. J., Miller, P. J., Ellington, P. J., Dillard, Boggs and Branch, JJ., concur.*

### DECIDED MAY 20, 2016.

*Downey & Cleveland, Sean L. Hynes, J. Colby Jones, Andrew A. Curtright*, for appellant.
*Slappey & Sadd, James N. Sadd, Edward M. Wynn*, for appellees.